# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

IAN B. MOYTEY,                                                                                                    PLAINTIFF
ADC #600360

v.                                                 4:20CV00427-JM-JTK

BILL HIGGINS, et al.                                                                                           DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims, except the black mold claim, are DISMISSED without prejudice.

IT IS SO ORDERED this 28th day of May, 2020.

                                                            _____
                                                            JAMES M. MOODY, JR.
                                                            UNITED STATES DISTRICT JUDGE