# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

IAN B. MOYTEY,                                                                                        PLAINTIFF
ADC #600300

4:20CV00427-JM-JTK

BILL HIGGINS, et al.                                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motions for Preliminary Injunction and Preservation of Evidence (Doc. Nos. 9, 19, 33) are GRANTED in part, with respect to the preservation of photos and grievances and the photographic documentation/authentication of Unit S areas by a non-party official, and DENIED in all other respects

IT IS SO ORDERED this 15th day of July, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE