# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

IAN B. MOYTEY,　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #600300

4:20CV00427-JM-JTK

BILL HIGGINS, et al.　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Class Certification (Doc. No. 49) is DENIED.

IT IS SO ORDERED this 3rd day of August, 2020.

```
_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE
```

1