IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IAN MOYTOY,
REG. #05449-010                                                                                          PLAINTIFF

4:20CV00427-JM-JTK

BILL HIGGINS, et al.                                                                                  DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto,[1] as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment on the issue of Exhaustion (Doc. No. 80) is DENIED.

IT IS SO ORDERED this 29th day of October, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

1 Moytoy filed a notice to the Court which the Court will construe as his objections.

1