IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IAN MOYTOY,    PLAINTIFF
REG. #05449-010

v.    4:20CV00427-JM-JTK

BILL HIGGINS, et al.    DEFENDANTS

### ORDER

Defendants' unopposed Motion to Dismiss Plaintiff's case with prejudice (Doc. No. 192) is GRANTED.[1]

Defendants' second Motion for Extension of Time (Doc. No. 198) is DENIED as moot.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 17th day of June, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff does not oppose this dismissal. (Doc. No. 192-1)