IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IAN MOYTOY,                                                                                              PLAINTIFF
REG. #05449-010

v.                                              4:20CV00427-JM-JTK

BILL HIGGINS, et al.                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 17th day of June, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE